**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1995**

_____

In Re:  SERGEI FREIDZON,

                Debtor.

------------------------------------

SERGEI FREIDZON,

                Debtor – Appellant,

      v.

THOMAS P. GORMAN, Chapter 13 Trustee,

                Trustee - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:16-cv-00627-LMB-JFA; 14-13466-RGM)

_____

Submitted:  April 20, 2017                Decided:  April 27, 2017

_____

Before KING, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sergei Freidzon, Appellant Pro Se.  Thomas P. Gorman, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergei Freidzon appeals the district court's order affirming the bankruptcy court's order denying his motion to vacate the voluntary dismissal of his Chapter 13 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Freidzon v. Gorman*, No. 1:16-cv-00627-LMB-JFA (E.D. Va. filed July 29, 2016 and entered Aug. 1, 2016). Although we grant leave to proceed in forma pauperis, we deny Freidzon's motions for appointment of counsel and for an interpreter. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*